**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF WISCONSIN**
_____

**SEPTICAIRAID LLC,**
               **Plaintiff,**

**v.**                                           **Case No. 14CV0172**

**KARL HOLT,**
               **Defendant.**
_____

### ORDER

On March 18, 2015, I held a status conference in this case to discuss the viability of plaintiff's claims given my recent decision in *Aero-Stream LLC v. Septicairaid LLC*, Case No. 12-CV-0190, that the mark "Septicairaid" is not protectable under the Lanham Act. No party disagreed with the proposition that it would be appropriate to dispose of the case based on the doctrine of issue preclusion. *See Cohen v. Bucci*, 905 F.2d 1111, 1112 (7th Cir. 1990) (stating that issue preclusion applies to a question that has been actually litigated and determined by a valid and final judgment if the determination is essential to the judgment); Restatement (Second) of Judgments § 27.

**THEREFORE, IT IS ORDERED** that this case is **DISMISSED** with prejudice based on issue preclusion. The Clerk shall enter judgment.

Dated at Milwaukee, Wisconsin, this 18th day of March, 2015.

s/ Lynn Adelman
_____
LYNN ADELMAN
District Judge